UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Armin de Goorte f/k/a/ Osama Ahmed Abdellatif El Modakem,<br><br>Petitioner,<br><br>–v–<br><br>United States of America,<br><br>Respondent. | 22-cv-1303 (AJN)<br>19-cr-646 (AJN)<br><br>ORDER |

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    The Government is ordered to submit a proposed order and waiver of Petitioner's attorney-client privilege.

SO ORDERED.

Dated: May 4, 2022
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation