```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ARMIN DE GOORTE,                                                   :
  formerly known as OSAMA AHMED ABDELLATIF                         :
EL MOKADEM,                                                        :
                                                                   :      22-cv-01303 (LJL)
                              Petitioner,                          :
                                                                   :              ORDER
           -v-                                                     :
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
                              Respondent.                          :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As per the Mandate of USCA at Dkt. No. 9 affirming the Court's order at Dkt. No. 7, the Clerk of Court is respectfully directed to close this case.

      SO ORDERED.

Dated: March 31, 2025
       New York, New York

                                                              LEWIS J. LIMAN
                                          United States District Judge